**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                Case No. 15-16154-MDC
                                                                                 Chapter 13
EILEEN P SMARR

Debtor(s).

## NOTICE OF APPEARANCE

**Quicken Loans Inc.**[1], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[2]:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 31st day of July, 2017.

By: */s/ William E. Miller, Esquire*
William E. Miller, Esquire, Bar No: 308951
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
wmiller@sterneisenberg.com
Attorney for Creditor

---

1  This Loan is currently serviced by Quicken Loans, Inc..
2  For reference, the property address associated with the undersigned's representation is 3726 Academy Rd, Philadelphia, PA 19154.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 31st day of July, 2017, to the following:

Brad J Sadek
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com
*Attorney for Debtor(s)*

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Eileen P Smarr
3726 Academy Road
Philadelphia, PA 19154
*Debtor(s)*

Dated this 31st day of July, 2017.

                                                By:  */s/ William E. Miller, Esquire*
                                                    William E. Miller, Esquire, Bar No: 308951
                                                    Stern & Eisenberg, PC
                                                    1581 Main Street, Suite 200
                                                    The Shops at Valley Square
                                                    Warrington, PA 18976
                                                    Phone: (215) 572-8111
                                                    Fax: (215) 572-5025
                                                    wmiller@sterneisenberg.com
                                                    Attorney for Creditor