United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-16154-mdc
Eileen P Smarr                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW             Total Noticed: 15
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             +Eileen P Smarr,    3726 Academy Road,    Philadelphia, PA 19154-2002
cr             +Quicken Loans Inc.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
13586929       +Chase Card,    P.O. Box 15298,   Wilmington, DE 19850-5298
13586930       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13586931       +Grimley Financial,    18 W Kings Hwy,    Haddonfield, NJ 08033-2116
13914279        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
13618143        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13586928       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:23      Capital One NA,
                 P.O. Box 26625,    Richmond, VA 23261-6625
13595561        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:23      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13586932       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 19 2019 03:46:23      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
13610250       +E-mail/Text: bankruptcyteam@quickenloans.com Oct 19 2019 03:46:23      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
13586933       +E-mail/Text: bankruptcy@savit.com Oct 19 2019 03:47:17       Sa-Vit Enterprises,   46 W Ferris St,
                 East Brunswick, NJ 08816-2159
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Quicken Loans Inc. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Eileen P Smarr brad@sadeklaw.com,    bradsadek@gmail.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Quicken Loans Inc. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Eileen P Smarr

      Debtor(s)

Bankruptcy No: 15−16154−mdc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

          For The Court
          Timothy B. McGrath
          Clerk of Court

Dated: 10/18/19

30 − 29
Form 138_new