UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Eileen P Smarr | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Case No.: 15-16154-MDC |

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN

AND NOW, this __9th__ day of __January__, ~~2019~~ 2020 upon consideration of the Motion of Eileen P. Smarr to Reopen, it is hereby:

ORDERED and DECREED that the Debtor's Chapter 13 Bankruptcy case is forthwith reinstated to allow Debtor to obtain discharge;

FURTHER ORDERED:

*Magedeline D. C—*
Chief Judge Magedeline D. Coleman